EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELINA GOLBIN, | |
| Plaintiff, | Civil Action No. 2:16-cv-05239 |
| -against- | STIPULATION OF DISMISSAL WITH PREJUDICE |
| FIRST DATA CORPORATION and KATHI BENHARDT, | |
| Defendants. | |

Plaintiff Elina Golbin and Defendant First Data Corporation, by and through their respective undersigned counsel, stipulate and agree that this action is and shall be dismissed as to all parties, with prejudice, without costs or attorney's fees to any party.

| | |
|---|---|
| Law Offices of Yale Pollack, P.C. | Saul Ewing LLP |
| /s/ Yale Pollack | /s/ Mary B. Eider |
| Yale Pollack, Esq. | _____ |
| 66 Split Rock Road | Gary B. Eidelman, Esq. |
| Syosset, New York 11791 | *(admitted pro hac vice)* |
| T: (516) 634-6340 | 500 E Pratt Street |
| F: (516) 634-6341 | Baltimore, Maryland 21202 |
| ypollack@yalepollacklaw.com | T: (410) 332-8975 |
| *Attorneys for Plaintiff* | F: (410) 332-8976 |
| | geidelman@saul.com |
| Dated:   June 5, 2017 | |
| | Gillian A. Cooper, Esq. |
| | 650 College Road East, Suite 4000 |
| | Princeton, New Jersey 08540 |
| | T: (609) 452-5021 |
| | F: (609) 452-6103 |
| | gcooper@saul.com |
| | |
| | *Attorneys for Defendants* |
| | |
| | Dated: May 6, 2017 |